UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GHEEVARGHESE A. THANKACHAN,

                Plaintiff,

-against-

PEEKSKILL HOUSING AUTHROITY, JOHN TESTA, MAYOR, City of Peekskill, LEESTHER BROWN, ERIC HINES, SANDRA BOND, LORRAINE ROBINSON, sued in their official and individual capacities,

                Defendants.
----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 8332 (WCC)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants LEESTHER BROWN, SANDRA BOND, and LORRAINE ROBINSON, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       April 13, 2008

                                      MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
                                      Attorneys for Defendants LEESTHER BROWN, SANDRA BOND, and LORRAINE ROBINSON

                                      By: _____
                                          BRIAN S. SOKOLOFF (bss-7147)
                                      240 Mineola Boulevard
                                      The Esposito Building
                                      Mineola, New York 11501
                                      (516) 741-7676
                                      Our File No. 08-137

TO: SUSSMAN & WATKINS
Attorneys for Plaintiff
PO Box 1005
Goshen, New York 10924

WILLIAM J. FLORENCE, JR., ESQ.
Attorneys for Defendant John Testa
One Park Place, Suite 300
Peekskill, New York 10566