UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GHEEVARGHESE THANKACHAN,

                Plaintiff,

      -against-

PEEKSKILL HOUSING AUTHORITY, JOHN
TESTA, LEESTHER BROWN, ERIC HYNES,
SANDRA BOND, LORRINE ROBINSON,

                Defendants.
----------------------------------------------------------------x

07 Civ. 8332

**SUBSTITUTION OF ATTORNEY**

      **IT IS HEREBY CONSENTED THAT** the firm of **Miranda Sokoloff Sambursky Slone Verveniotis LLP** of The Esposito Building, 240 Mineloa Boulevard, Mineloa, New York 11501 be substituted as attorney of record for the undersigned parties in the above entitled action in place and stead of the undersigned attorney of the date hereof.

Dated:  Peekskill, NY
          March 28, 2008

_____
William J. Florence, Jr., Esq.

_____
Sandra Bond

_____
Leesther Brown

_____
Lorraine Robinson

_____
Miranda, Sokoloff, Sambursky, Slone,
Verveniotis, LLP
By: Brian Sokoloff, Esq.

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF WESTCHESTER    )

On the 1ˢᵗ day of ~~March~~ April, 2008, before me personally came **Leesther Brown** to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____
WILLIAM J. FLORENCE, JR
Notary Public, State of New York
No. 60-1256235
Qualified in Westchester County
Commission Expires Nov 30, 2009

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF WESTCHESTER    )

On the 4ᵗʰ day of ~~March~~ April, 2008, before me personally came **Sandra Bond** to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____

WILLIAM J. FLORENCE JR
Notary Public, State of New York
NO. 1256235
Qualified in WESTCHESTER COUNTY
My Commission Expires NOV 30, 19__
                              2009

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF WESTCHESTER    )

On the 3ʳᵈ day of ~~March~~ April, 2008, before me personally came **Lorraine Robinson** to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____
WILLIAM J. FLORENCE, JR
Notary Public, State of New York
No. 1256235
Qualified in Westchester County
Commission Expires Nov 30, 2009