UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GHEEVARGHESE A. THANKACHAN,

                Plaintiff,

  -against-

PEEKSKILL HOUSING AUTHROITY, JOHN TESTA, MAYOR, City of Peekskill, LEESTHER BROWN, ERIC HINES, SANDRA BOND, LORRAINE ROBINSON, sued in their official and individual capacities,

                Defendants.
------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 8332 (WCC)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants PEEKSKILL HOUSING AUTHORITY, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
      May 1, 2008

                                        MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
Attorneys for Defendants PEEKSKILL HOUSING AUTHORITY, LEESTHER BROWN, SANDRA BOND, and LORRAINE ROBINSON

By: /s/ Brian S. Sokoloff
      BRIAN S. SOKOLOFF (bss-7147)
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Our File No. 08-137

TO:    SUSSMAN & WATKINS
        Attorneys for Plaintiff
        PO Box 1005
        Goshen, New York 10924

        WILLIAM J. FLORENCE, JR., ESQ.
        Attorneys for Defendant John Testa
        One Park Place, Suite 300
        Peekskill, New York 10566