UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GHEEVARGHESE THANKACHAN,

       Plaintiff,

07 Civ. 8332

-against-

**SUBSTITUTION OF ATTORNEY**

PEEKSKILL HOUSING AUTHORITY, JOHN
TESTA, LEESTHER BROWN, ERIC HINES,
SANDRA BOND, LORRINE ROBINSON,

       Defendants.
-----------------------------------------------------------x

**IT IS HEREBY CONSENTED THAT** the firm of **Miranda Sokoloff Sambursky Slone Verveniotis LLP** of The Esposito Building, 240 Mineloa Boulevard, Mineloa, New York 11501 be substituted as attorney of record for the undersigned parties in the above entitled action in place and stead of the undersigned attorney of the date hereof.

Dated: Peekskill, NY
   April 15, 2008

_____
William J. Florence, Jr., Esq.

_____
Sandra Bond

_____
Peekskill Housing Authority by
Christine Scofield, Executive Director

_____
Miranda, Sokoloff, Sambursky, Slone,
Verveniotis, LLP
By: Brian Sokoloff, Esq.

_____
Leesther Brown

_____
Lorraine Robinson

_____
Eric Hines

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

    On the     day of March, 2008, before me personally came *Leesther Brown* to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

    On the     day of March, 2008, before me personally came *Sandra Bond* to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

    On the     day of March, 2008, before me personally came *Lorraine Robinson* to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____

STATE OF NEW YORK       )
                        ) SS.:
COUNTY OF WESTCHESTER   )

On the       day of April, 2008, before me personally came **Eric Hines** to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____

STATE OF NEW YORK       )
                        ) SS.:
COUNTY OF WESTCHESTER   )

On the /8th day of April, 2008, before me personally came **Christine Scofield, Executive Director of the Peekskill Housing Authority** to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

_____

WILLIAM J. FLORENCE, JR
Notary Public, State of New York
No. 60-1256235
Qualified in Westchester County
Commission Expires Nov 30, 2009